NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENNY DENARD BLACKMON,                )
                                      )
              Appellant,              )
                                      )
v.                                    )        Case No. 2D16-4667
                                      )
STATE OF FLORIDA,                     )
                                      )
              Appellee.               )
_____)


Opinion filed May 11, 2018.

Appeal from the Circuit Court for
Hillsborough County; Chet A. Tharpe,
Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, KHOUZAM, and BADALAMENTI, JJ., Concur.